UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Lucien H. Groleau

        v.                      Civil No. 04-cv-332-JD

American Express Financial Advisors, Inc., et al.


O R D E R

On December 1, 2004, an order was entered granting a stay of this case pending arbitration. Counsel are to advise the court of the current status of the arbitration by filing a status report by Wednesday, January 4, 2006.

    SO ORDERED.

December 20, 2005                    /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:    Michael Callahan, Esq.
        Lisa Snow Wade, Esq.