UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Lucien H. Groleau

    v.                         Civil No. 04-cv-332-JD

American Express Financial
Advisors, Inc., et al.


PROCEDURAL ORDER

    This case has been stayed since December 1, 2004, pending arbitration. Arbitration has yet to occur for reasons that are not readily apparent. Counsel are ordered to take the steps necessary to schedule the arbitration promptly.

    SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                          United States Districts Judge

January 4, 2006

cc:  Michael R. Callahan, Esquire
     Lisa Snow Wade, Esquire