UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lucien H. Groleau</u>

    v.                                Civil No. 04-cv-332-JD

<u>American Express Financial
Advisors, Inc., et al.</u>

<u>PROCEDURAL ORDER</u>

    This case was removed to this court on September 1, 2004. On December 1, 2004, the court granted the parties' joint motion to stay proceedings here pending arbitration. A year later, the court ordered the parties to file reports as to the status of their arbitration. On January 4, 2006, the parties filed status reports, and both sides represented that arbitration had not yet been scheduled. Counsel for the plaintiff represented that he was then seeking to schedule arbitration and represented "that the matter might be scheduled and heard within the next three months."

    Four months have now passed without any indication from the parties as to the status of arbitration in this case. Therefore, the plaintiff shall show cause **on or before May 25, 2006,** why this case should not be dismissed for failure to prosecute.

    SO ORDERED.

                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

May 2, 2006
cc:  Michael R. Callahan, Esquire
     Lisa Snow Wade, Esquire