UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Lucien H. Groleau

    v.                               Civil No. 04-cv-332-JD

American Express Financial
Advisors, Inc., et al.


PROCEDURAL ORDER


    This case was removed to this court on September 12, 2004, and since December of 2004 it has been stayed pending the parties' efforts to resolve the claims through arbitration. The plaintiff was ordered to provide status reports about the progress of arbitration. In response, the plaintiff asked for ninety days to conclude his efforts to arbitrate, which the court granted on May 26, 2006, with the requirement that the plaintiff file monthly status reports.

    On June 23, 2006, the plaintiff reported that he anticipated "[e]fforts to schedule arbitration for mid to late July will occur next week." On June 27, the court ordered the plaintiff to file a status report following arbitration. The plaintiff has not filed a status report as of this date.

    Given the protracted stay in this case, it is appropriate to administratively close it. The case will be reopened upon motion of either party.

## Conclusion

For the foregoing reasons, the clerk of court shall administratively close this case.

SO ORDERED.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

August 24, 2006

cc:  Michael R. Callahan, Esquire
     Lisa Snow Wade, Esquire